**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Sarah McElroy**<br>DOB: 1991; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-00024MJ** |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 15, 2022, in the District of Arizona, **Sarah McElroy** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one Ruger model LCP .38 caliber handgun, one Springfield Armory model XD40 subcompact .40 caliber handgun, two Polymerbo model P80 9mm handguns, and one Glock model 24 .40 caliber handgun; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 15, 2022, **Sarah McElroy** attempted to exit the United States and enter the Republic of Mexico through the Port of Entry in Nogales, Arizona, driving a vehicle with her six-year-old child as the passenger. Customs and Border Protection officers observed that **McElroy** appeared nervous during the outbound inspection, and conducted a pat-down search of her person. Concealed within **McElroy**'s bra and waistband, officers found five firearms - one Ruger model LCP .38 caliber handgun, one Springfield Armory model XD40 subcompact .40 caliber handgun, two Polymerbo model P80 9mm handguns, and one Glock model 24 .40 caliber handgun. Four of the firearms held magazines loaded with ammunition.

After being advised of and waiving her *Miranda* rights, **McElroy** stated to officers that she was traveling to Mexico to deliver the firearms on behalf of her boyfriend. **McElroy** stated that she was going to be paid $200 per firearm that she smuggled into Mexico. **McElroy** admitted she did not have a license to export the firearms.

The firearms **McElroy** smuggled and intended to export to Mexico are designated on the United States Commerce Control List as prohibited by law for export from the United States into Mexico without a valid license. Neither **McElroy** nor any other individual involved in the attempted export of the firearms had a license or any other lawful authority to export them from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED | SIGNATURE OF COMPLAINANT |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>ANGELA WOOLRIDGE<br>Digitally signed by ANGELA WOOLRIDGE<br>Date: 2022.01.17 09:49:45 -07'00'<br><br>AUTHORIZED AUSA *Angela W. Woolridge* | JAWAN C LITTLE<br>Digitally signed by JAWAN C LITTLE<br>Date: 2022.01.17 10:43:42 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Jawan C. Little |

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE |
|---|---|
| *[signature]* | January 18, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54